IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL STEVEN BACON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

Case Nos. 5D21-2349
5D21-2358
LT Case Nos. 2019-CF-01257
2019-CF-00871

Decision filed April 19, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Scott
G. Hubbard, Assistant Public Defender,
Daytona Beach, for Appellant.

Michael S. Bacon, St. Augustine, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall, Assistant
Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., COHEN and WALLIS, JJ., concur.